UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23117-CIV-MORENO

CRISTY NELSON,

       Plaintiff,

vs.

MLB HOTEL MANAGER LLC and MLB
FAIRWINDS, LLC,

       Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is

**ADJUDGED** that this case is DISMISSED without prejudice for Plaintiff's failure to file a statement of claim by August 16, 2019. The Notice of Court Practice in FLSA Cases (D.E. 6) direct ed the Plaintiff to file a statement of claim. The Notice also stated that "failure to comply with this order may result in dismissal of the case."

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of August 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record