UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23117-CIV-MORENO

CRISTY NELSON,

    Plaintiff,

vs.

MLB HOTEL MANAGER LLC and MLB
FAIRWINDS, LLC,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE
### UPON FILING OF STATEMENT OF CLAIM

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen Case Upon Filing Statement of Claim (**D.E. 8**), filed on **August 30, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Plaintiff must file a new complaint and pay a new filing fee. At that time, the case will be assigned to a judge by the Clerk of Court at random. Upon filing a motion indicating that Plaintiff's case was previously filed, the Court will consider accepting transfer from the newly assigned judge.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___6___ of September 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record